IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES RAYMOND NOEL et al.     :
                                 :
v.                               :    Civil No. WMN-06-2069
                                 :
OFFICER CARLOS ARTSON et al.    :

## ORDER

In accordance with the foregoing memorandum and for the reasons stated therein, IT IS this 5th day of May, 2009, by the United States District Court for the District of Maryland, ORDERED;

1. That Plaintiffs' Motion for New Trial, Paper No. 89, is DENIED; and

2. That the Clerk of the Court shall transmit copies of this memorandum and order to all counsel of record.

                                      /s/
                              William M. Nickerson
                              Senior United States District Judge